**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-MJ-2482-LETT

UNITED STATES OF AMERICA,

v.

YAM BRANDY PERERA NUNEZ,

　　　　Defendant.

_____/

FILED BY_____OG_____D.C.

**Mar 13, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/VANESSA TERRADES_____
Vanessa Terrades
Special Assistant United States Attorney
FL Bar No. 1010464
99 N.E. 4th St.
Miami, FL 33132
Tel. No. (786) 647-8957
E-mail: Vanessa.Terrades@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint SAUSA Terrades, V.

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

YAM BRANDY PERERA NUNEZ

### CRIMINAL COMPLAINT

CASE NUMBER:   1:26-MJ-2482-LETT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about Friday, March 13, 2026, in Miami-Dade County, Florida, in the Southern District of Florida, **Yam Brandy Perera Nunez**, ("defendant"), having previously been deported from the United States, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States, or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Special Agent with Homeland Security Investigations (HSI), United States Department of Homeland Security (DHS) and that this complaint is based on the following facts:

On or about Friday, March 13, 2026, in Miami-Dade County, Florida, in the Southern District of Florida, law enforcement officers encountered the defendant in connection with a lawful law enforcement investigation in the Southern District of Florida. Law enforcement conducted a systems check and discovered that the defendant is a citizen of Cuba and was the subject of a prior adverse immigration action.

Database records reflect that the defendant was first encountered by immigration officials in Miami, Florida on June 11, 1998, that he was removed from the United States on September 8, 2025, and that the defendant does not have any pending or approved applications to return to or reapply for admission into the United States.

BRIAN J. CASSIDY
SPECIAL AGENT   Credential #08429
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P 4.1 by Telephone.

March 13, 2026
_____
Date

at

Miami, Florida_____
City and State

HONORABLE ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer